# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| GARY J. PATTERSON and | § | Case Number: 16-82558 |
| BECKIE A. PATTERSON | § | |
| Debtor. | § | JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 1, 2017, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Jeffry A. Dahlberg
5130 North Second Street
Loves Park, IL 61111-5222

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

/s/ Marti Maravich

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)
jolsenlaw@comcast.net

| | | |
|---|---|---|
| FIFTH THIRD BANK<br>14841 Dallas Parkway, Suite 300<br>Dallas, TX 75254-7883 | Fifth Third Mortgage Company<br>Madisonville Operations Center<br>5001 Kingsley Dr.<br>MD 1MOBBW<br>Cincinnati, OH 45227-1114 | American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 |
| Capital One<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Chase Credit Cards<br>P. O. Box 15298<br>Wilmington, DE 19850-5298 | Citi Cards<br>P.O. Box 6500<br>Sioux Falls, SD 57117-6500 |
| Discover Financial Services LLC<br>P.O. Box 3025<br>New Albany, OH 43054-3025 | Fifth Third Bank<br>MDROPS05<br>1850 East Paris<br>Grand Rapids, MI 49546-6253 | Fifth Third Bank Card Services<br>MD1MOC2G-4050<br>38 Fountain Square Plaza<br>Cincinnati, OH 45263-0001 |
| PNC Bank Card Services<br>P.O. Box 3429<br>Pittsburgh, PA 15230-3429 | Slate from Chase<br>P.O. Box 15299<br>Wilmington, DE 19850-5299 | Wal-Mart<br>c/o Synchrony Bank<br>P.O. Box 965060<br>Orlando, FL 32896-5060 |
| Beckie A. Patterson<br>738 Bloody Gulch Road<br>Dixon, IL 61021-9616 | Gary J. Patterson<br>738 Bloody Gulch Road<br>Dixon, IL 61021-9616 | |