# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: PATTERSON, GARY J.                        § Case No. 16-82558
      PATTERSON, BECKIE A.                  §
                                                                          §
Debtor(s)                                                       §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $281,694.00                     Assets Exempt: $245,894.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $16,082.29       Claims Discharged
                                                                  Without Payment: $32,482.85

Total Expenses of Administration: $3,917.71

---

    3) Total gross receipts of $ 20,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $20,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,917.71 | 3,917.71 | 3,917.71 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 48,565.14 | 48,565.14 | 16,082.29 |
| **TOTAL DISBURSEMENTS** | $0.00 | $52,482.85 | $52,482.85 | $20,000.00 |

4) This case was originally filed under Chapter 7 on October 31, 2016. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/21/2017          By: /s/JOSEPH D. OLSEN
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 740 Bloody Gulch Road DIxon, IL 61021 | 1210-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$20,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 2,750.00 | 2,750.00 | 2,750.00 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 93.92 | 93.92 | 93.92 |
| Attorney for Trustee Fees (Trustee Firm) - Attorney Joseph D Olsen | 3110-000 | N/A | 1,036.00 | 1,036.00 | 1,036.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.79 | 27.79 | 27.79 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,917.71 | $3,917.71 | $3,917.71 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 7,389.83 | 7,389.83 | 2,447.14 |
| 2 | American Express Centurion Bank | 7100-000 | N/A | 4,458.67 | 4,458.67 | 1,476.49 |
| 3 | American Express Centurion Bank | 7100-000 | N/A | 2,166.70 | 2,166.70 | 717.50 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 8,866.01 | 8,866.01 | 2,935.97 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,214.33 | 1,214.33 | 402.12 |
| 6 | Fifth Third Bank | 7100-000 | N/A | 6,637.70 | 6,637.70 | 2,198.07 |
| 7 | Citibank, N.A. | 7100-000 | N/A | 1,702.43 | 1,702.43 | 563.76 |
| 8 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 2,195.00 | 2,195.00 | 726.87 |
| 9 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 3,067.91 | 3,067.91 | 1,015.93 |
| 10 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 3,590.45 | 3,590.45 | 1,188.97 |
| 11 | PNC BANK N.A. | 7100-000 | N/A | 3,979.43 | 3,979.43 | 1,317.78 |
| 12 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 3,296.68 | 3,296.68 | 1,091.69 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $48,565.14 | $48,565.14 | $16,082.29 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 16-82558  
**Case Name:** PATTERSON, GARY J.  
PATTERSON, BECKIE A.  
**Period Ending:** 12/21/17

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 10/31/16 (f)  
**§341(a) Meeting Date:** 12/15/16  
**Claims Bar Date:** 04/17/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 738 Bloody Gulch Road, Dixon, IL 61021-0000, Lee | 53,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking: Fith Third Bank | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Savings: Fifth Third Bank | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Checking: Sterling Federal | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. household goods and furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | 4 TV's 3 Cell Phone's 1 Tablet | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing and personal items | 700.00 | 0.00 | | 0.00 | FA |
| 8 | Wedding rings | 100.00 | 0.00 | | 0.00 | FA |
| 9 | Modern Woodman Life Insurance Policy: Gary J. Pa | 6,000.00 | 0.00 | | 0.00 | FA |
| 10 | Modern Woodman Life Insurance Policy: Beckie A. | 6,000.00 | 0.00 | | 0.00 | FA |
| 11 | 401 (k): Interest in Fiesta | 190,000.00 | 0.00 | | 0.00 | FA |
| 12 | 401 (k): Interest in Fidelity | 3,000.00 | 0.00 | | 0.00 | FA |
| 13 | 166 Shares Donaldson Company | 4,794.00 | 0.00 | | 0.00 | FA |
| 14 | Mineral Rites Minimal value | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 2006 GMC Sonoma, 120,000 miles. Entire property | 12,600.00 | 0.00 | | 0.00 | FA |
| 16 | 2003 Chevrolet S-10, 172,000 miles. Entire prope | 500.00 | 0.00 | | 0.00 | FA |
| 17 | 2006 Chevrolet Impala, 170,000 miles, Does Not R | 1,800.00 | 0.00 | | 0.00 | FA |
| 18 | 2 Cat's | 0.00 | 0.00 | | 0.00 | FA |
| 19 | 740 Bloody Gulch Road DIxon, IL 61021  (u) | Unknown | 30,000.00 | | 20,000.00 | FA |
| 19 | **Assets Totals** (Excluding unknown values) | **$281,694.00** | **$30,000.00** | | **$20,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**              **Current Projected Date Of Final Report (TFR):**   October 31, 2017  (Actual)

Printed: 12/21/2017 08:51 AM     V.13.30

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 16-82558 | | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|---|
| Case Name: | PATTERSON, GARY J. | | | Bank Name: | Rabobank, N.A. |
| | PATTERSON, BECKIE A. | | | Account: | ******8866 - Checking Account |
| Taxpayer ID #: | **-***5014 | | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 12/21/17 | | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/22/17 | {19} | Beckie A Patterson | offer in compromise | 1210-000 | 20,000.00 | | 20,000.00 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 19,990.00 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.79 | 19,962.21 |
| 11/22/17 | 101 | JOSEPH D. OLSEN | Dividend paid 100.00% on $93.92, Trustee Expenses;  Reference: | 2200-000 | | 93.92 | 19,868.29 |
| 11/22/17 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,750.00, Trustee Compensation;  Reference: | 2100-000 | | 2,750.00 | 17,118.29 |
| 11/22/17 | 103 | Attorney Joseph D Olsen | Dividend paid 100.00% on $1,036.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,036.00 | 16,082.29 |
| 11/22/17 | 104 | Discover Bank | Dividend paid  33.11% on $7,389.83; Claim# 1; Filed: $7,389.83; Reference: | 7100-000 | | 2,447.14 | 13,635.15 |
| 11/22/17 | 105 | Fifth Third Bank | Dividend paid  33.11% on $6,637.70; Claim# 6; Filed: $6,637.70; Reference: | 7100-000 | | 2,198.07 | 11,437.08 |
| 11/22/17 | 106 | Citibank, N.A. | Dividend paid  33.11% on $1,702.43; Claim# 7; Filed: $1,702.43; Reference: | 7100-000 | | 563.76 | 10,873.32 |
| 11/22/17 | 107 | PNC BANK N.A. | Dividend paid  33.11% on $3,979.43; Claim# 11; Filed: $3,979.43; Reference: | 7100-000 | | 1,317.78 | 9,555.54 |
| 11/22/17 | 108 | Portfolio Recovery Associates, LLC | Dividend paid  33.11% on $3,296.68; Claim# 12; Filed: $3,296.68; Reference: | 7100-000 | | 1,091.69 | 8,463.85 |
| 11/22/17 | 109 | American Express Centurion Bank | Combined Check for Claims#2,3 | | | 2,193.99 | 6,269.86 |
| | | | Dividend paid 33.11% on $4,458.67;  Claim# 2; Filed: $4,458.67      1,476.49 | 7100-000 | | | 6,269.86 |
| | | | Dividend paid 33.11% on $2,166.70;  Claim# 3; Filed: $2,166.70      717.50 | 7100-000 | | | 6,269.86 |
| 11/22/17 | 110 | Capital One Bank (USA), N.A. | Combined Check for Claims#4,5 | | | 3,338.09 | 2,931.77 |
| | | | Dividend paid 33.11% on $8,866.01;  Claim# 4; Filed: $8,866.01      2,935.97 | 7100-000 | | | 2,931.77 |
| | | | Dividend paid 33.11% on $1,214.33;  Claim# 5; Filed: $1,214.33      402.12 | 7100-000 | | | 2,931.77 |
| 11/22/17 | 111 | PYOD, LLC its successors and assigns as assignee | Combined Check for Claims#8,9,10 | | | 2,931.77 | 0.00 |
| | | | Dividend paid 33.11% on $2,195.00;  Claim# 8; Filed: $2,195.00      726.87 | 7100-000 | | | 0.00 |
| | | | Dividend paid 33.11%      1,015.93 | 7100-000 | | | 0.00 |

Subtotals :      $20,000.00      $20,000.00

{} Asset reference(s)     Printed: 12/21/2017 08:51 AM     V.13.30

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 16-82558 | | **Trustee:** | JOSEPH D. OLSEN (330400) |
| --- | --- | --- | --- | --- |
| **Case Name:** | PATTERSON, GARY J. | | **Bank Name:** | Rabobank, N.A. |
| | PATTERSON, BECKIE A. | | **Account:** | ******8866 - Checking Account |
| **Taxpayer ID #:** | **-***5014 | | **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Period Ending:** | 12/21/17 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | on $3,067.91;  Claim# 9; Filed: $3,067.91 | | | | |
| | | | Dividend paid  33.11%          1,188.97 on $3,590.45;  Claim# 10; Filed: $3,590.45 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 20,000.00 | 20,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 20,000.00 | 20,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,000.00** | **$20,000.00** | |

|  Net Receipts : | 20,000.00 |
| --- | --- |
|  Net Estate : | $20,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ******8866** | 20,000.00 | 20,000.00 | 0.00 |
| | $20,000.00 | $20,000.00 | $0.00 |

{} Asset reference(s)                                                                                                   Printed: 12/21/2017 08:51 AM    V.13.30